UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                       )       2:17-cr-00106-JDL<br>)<br>MICHAEL BREWER,             )<br>)<br>  Defendant.                           ) | |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Defendant Michael Brewer has filed a motion for a court order which would direct the Bureau of Prisons to give him credit for certain periods of the time he served in jail prior to his May 2018 sentencing (ECF No. 67). United States Magistrate Judge John C. Nivison filed his Recommended Decision on Brewer's motion with the Court on July 22, 2021 (ECF No. 72), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2021). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 72) of the Magistrate Judge is hereby **ACCEPTED** and Brewer's motion (ECF No. 67) is **DENIED**.

**SO ORDERED.**

**Dated this 19th day of August, 2021.**

          /s/ Jon D. Levy
          **CHIEF U.S. DISTRICT JUDGE**